**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

JOHN KODENKANDETH,                    :    No. 123 WAL 2018
                                       :
                    Petitioner         :
                                       :
                                       :    Petition for Allowance of Appeal from
                                       :    the Order of the Superior Court
          v.                           :
                                       :
                                       :
DANIEL MCNABB, OWNER, T/D/B/A          :
SHOP 'N SAVE, JAMES A. SORBARA         :
AND CHRISTINE A. SORBARA,              :
LANDLORD, IN PERSONAM AND IN           :
REM  DEFENDANTS, INDIVIDUALLY          :
AND SEVERALLY, IN SOLIDO,              :
                                       :
                                       :
                    Respondents        :
                                       :
                                       :
          v.                           :
                                       :
                                       :
YOUGHIOGHENY VALLEY                     :
SPECIALITY SERVICES, LLC,              :
                                       :
                    Respondent         :
                                       :

## ORDER

**PER CUIAM**

     **AND NOW**, this 15th day of November, 2018, the Petition for Allowance of Appeal

is **DENIED**.